Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**September 04, 2014**

Scott Andrew Farrow
Acting Assistant United States Trustee
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*

Jonas V. Anderson, Attorney
State Bar # VA 78240
*jonas.v.anderson@usdoj.gov*

**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600, Ext. 227
Fax: (702) 388-6658

**Attorneys for the United States Trustee for Region 17**
   **TRACY HOPE DAVIS**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No: BK-S-13-18735-MKN |
| SIX STAR CLEANING AND CARPET SERVICES, INC., | Chapter 11 |
| Debtor. | Date: August 27, 2014<br>Time: 9:30 a.m.<br>Place: MKN-Courtroom 2, Foley Federal Bldg. |

### ORDER CONVERTING CASE TO CHAPTER 7

Based on the *Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert Chapter 11 Case to*

*Chapter 7*, the hearing held on August 27, 2014 (appearances noted on the record), the Court having stated on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

      **IT IS HEREBY ORDERED** that this case is **CONVERTED TO CHAPTER 7.**

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Jonas V. Anderson*
    Jonas V. Anderson, Esq.
    United States Department of Justice
    Attorney for the United States Trustee

## RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| APPROVE/DISAPPROVE | |
|---|---|
| [No response] | |
| DAN M. WINDER<br>3507 W. CHARLESTON BLVD.<br>LAS VEGAS, NV 89102 | |
| *Attorney for Debtor* | |

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ *Jonas V. Anderson*
Jonas V. Anderson, Esq.
United States Department of Justice
Attorney for the United States Trustee