```
                              United States Bankruptcy Court
                                     District of Nevada
In re:                                                                  Case No. 13-18735-mkn
SIX STAR CLEANING AND CARPET SERVICES, I                                Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0978-2           User: castellan               Page 1 of 2               Date Rcvd: Sep 04, 2014
                               Form ID: mtg7ab               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2014.
db           +SIX STAR CLEANING AND CARPET SERVICES, INC.,    7345 SOUTH DURANGO, SUITE 107-151,
               LAS VEGAS, NV 89113-3653
aty          +BRYCE C. LOVELAND,    BROWNSTEIN HYATT FARBER SCHRECK, LLP,    100 NO CITY PKWY, STE 1600,
               LAS VEGAS, NV 89106-4614
aty          +MATTHEW C. ZIRZOW,    LARSON & ZIRZOW,    810 S. CASINO CENTER BLVD. #101,
               LAS VEGAS, NV 89101-6719
aty          +ZACHARIAH LARSON,    LARSON & ZIRZOW,    810 S. CASINO CENTER BLVD. #101,
               LAS VEGAS, NV 89101-6719
intp         +B&R BUILDERS, INC.,    DBA BRESLIN BUILDERS,    C/O LARSON & ZIRZOW,
               810 S. CASINO CENTER BLVD. #101,    LAS VEGAS, NV 89101-6719
cr           +BOARDS OF TRUSTEES OF THE LABORERS JOINT TRUST FUN,    BROWNSTEIN HYATT FARBER SCHRECK, LLP,
               100 NO CITY PKWY, STE 1600,    LAS VEGAS, NV 89106-4614
8813610      +Abingdon Business Capital,    900 East Hamilton Ave., Suite 100,    Campbell, CA 95008-0668
8766760      +Board of Trustees of the Contruction Ind,    c/o Ryan C. Curtis,
               One East Washington Street, Suite 2400,    Phoenix, AZ 85004-2579
8798529      +Cox Communications,    Acct No 0018610088739103,    PO Box 53262,    Phoenix, AZ 85072-3262
8815511      +Dept Employment, Training & Rehab,    Employment Security Division,    500 East Third St,
               Carson City, NV 89701-4772
8798530       Dept. of Employment, Training & Rehab,    Acct No 260055,    Employment Security Division,
               500 East Third St.,    Las Vegas, NV 89173
8798531      +Dept. of Taxation,    Acct No 9125,    2550 Paseo Verde Pkwy. #180,    Henderson, NV 89074-7129
8829046      +EAGLE GRAPHIC SYSTEMS, INC. DBA SIGNS NOW,    6290 S. PECOS RD. SUITE 600,
               LAS VEGAS, NV 89120-6202
8798532       Financial Corporation,    Acct No 1997505-1,    PO Box 20350,    Austin, TX 78720
8798534       IRS,    Acct No 2792,    PO Box 1485566,    Cincinnati, OH 45250
8798535      +Laborers Joint Trust Funds,    Acct No 11685,    100 City Parkway #100,    Las Vegas, NV 89106-4610
8798536      +Moneytree,    Acct No SF000337,    PO Box 58363,    Seattle, WA 98138-1363
8994299      +Nevada Department of Taxation,    Bankruptcy Section,    555 E. Washington #1300,
               Las Vegas NV 89101-1046
8798538      +Nevada Energy,    Acct No 3000272011519154285,    PO Box 30086,    Reno, NV 89520-3086
8798541      +Signs Now,    Acct No sixstar,    6290 S. Pecos Rd. #600,    Las Vegas, NV 89120-6202
8798542      +Southwest Linen Company,    Acct No 8315,    6335 Sunset Corporate Dr.,    Las Vegas, NV 89120-2796
8798544      +Sunbelt Rentals,    Acct No 528139,    PO Box 409211,    Atlanta, GA 30384-9211
8798545      +Sundance Plaza LLC,    Acct No 3530301,    6725 Via Austi Parkway #380,    Las Vegas, NV 89119-3553
8798546      +Sunset Business Park, LLC,    Acct No A-13-678669,    625 S. Eighth St.,    Las Vegas, NV 89101-7004
8798547      +Tower Group Companies,    Acct No wcn0001529,    PO Box 2474,    Eagle, ID 83616-9118
8798548      +United Temps,    Acct No sixstar,    1550 South Indiana #300,    Chicago, IL 60605-4831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: winderandocket@aol.com Sep 05 2014 01:46:19     DAN M. WINDER,
               3507 W. CHARLESTON BLVD.,    LAS VEGAS, NV  89102
tr           +EDI: BDYMELECH.COM Sep 05 2014 01:38:00      DOTAN Y MELECH,    9030 WEST SAHARA AVE., STE 467,
               LAS VEGAS, NV 89117-5744
ust          +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Sep 05 2014 01:46:47      U.S. TRUSTEE - LV - 7,
               300 LAS VEGAS BLVD., SO.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
8798527      +E-mail/Text: banko@acsnv.com Sep 05 2014 01:47:19      Allied Collection Services,
               Acct No 2467868-1,    3080 S. Durango Dr., Suite 208,    Las Vegas, NV 89117-9194
8798528      +E-mail/Text: bklaw2@centurylink.com Sep 05 2014 01:46:55     CENTURY LINK,    Acct No 309584889,
               P.O. BOX 2961,    Phoenix, AZ 85062-2961
8798543       EDI: CITICORP.COM Sep 05 2014 01:38:00      Staples,    Acct No 8315,    PO Box 689020,
               Des Moines, IA 50368
8798537      +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 05 2014 01:47:02      NCO Financial Systems,
               Acct No 9103,    507 Prudential Road,    Horsham, PA 19044-2308
8815622      +E-mail/PDF: megan@cbcnv.com Sep 05 2014 01:51:57      NVENERGY,    C/O CREDIT BUREAU CENTRAL,
               PO BOX 29299,    LAS VEGAS, NV 89126-3299
8798540      +E-mail/Text: bankruptcy@speedyinc.com Sep 05 2014 01:46:39     Rapid Cash,
               Acct No 0050-P-001631086,    3611 North Ridge Road,    Wichita, KS 67205-1214
8821182       EDI: USBANKARS.COM Sep 05 2014 01:38:00      US Bank N.A.,    Bankruptcy Department,    PO BOX 5229,
               Cincinnati, Ohio 45201-5229
8798549       EDI: USBANKARS.COM Sep 05 2014 01:38:00      US Bank National Assoc,    Acct No 0249,    PO Box 5227,
               Cincinnati, OH 45202
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8903636         Boards of Trustees of the Construction Industry an
8903660         Boards of Trustees of the Construction Industry an
8798533      ##+H&E Equipment,    Acct No 1027612,    11100 Mead Road #200,    Baton Rouge, LA 70816-2260
8798539      ##+Perini Building Company,    Acct No mccarrant3,    5871 Spencer Street,    Las Vegas, NV 89119-2936
                                                                                              TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0978-2           User: castellan              Page 2 of 2                  Date Rcvd: Sep 04, 2014
                               Form ID: mtg7ab              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2014 at the address(es) listed below:
          BRYCE C. LOVELAND    on behalf of Creditor    BOARDS OF TRUSTEES OF THE LABORERS JOINT TRUST FUNDS
           bcloveland@bhfs.com,   edavis@bhfs.com;chumes@bhfs.com;rcurtis@bhfs.com
          DAN M. WINDER    on behalf of Debtor    SIX STAR CLEANING AND CARPET SERVICES, INC.
           winderdandocket@aol.com
          DOTAN Y MELECH     info@unitedtrustee.com,   NV28@ecfcbis.com,robert@unitedtrustee.com
          JONAS V. ANDERSON    on behalf of U.S. Trustee    U.S. TRUSTEE - LV - 11 jonas.v.anderson@usdoj.gov
          MATTHEW C. ZIRZOW    on behalf of Interested Party    B&R BUILDERS, INC. mzirzow@lzlawnv.com,
           carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
          U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
          ZACHARIAH  LARSON    on behalf of Interested Party    B&R BUILDERS, INC. carey@lzlawnv.com,
           mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
                                                                                             TOTAL: 7
```

B9D (Official Form 9D) (Chapter 7 Corporation/Partnership Asset Case) (12/12)  Case Number **13–18735–mkn**

UNITED STATES BANKRUPTCY COURT District of Nevada

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 10/14/13 and was converted to a case under chapter 7 on 9/4/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Debtors:** Debtors who are individuals must provide government–issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SIX STAR CLEANING AND CARPET SERVICES, INC.
dba SIX STAR JANITORIAL
7345 SOUTH DURANGO, SUITE 107–151
LAS VEGAS, NV 89113

| Case Number:<br>13–18735–mkn<br>Judge: MIKE K. NAKAGAWA | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>51–0592452 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>DAN M. WINDER<br>3507 W. CHARLESTON BLVD.<br>LAS VEGAS, NV 89102<br>Telephone number: (702) 474–0523 | Bankruptcy Trustee (name and address):<br>DOTAN Y MELECH<br>9030 WEST SAHARA AVE., STE 467<br>LAS VEGAS, NV 89117<br>Telephone number: 702–586–7413 |

## Meeting of Creditors
Date: **October 16, 2014**                              Time: **10:00 AM**
Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

## Deadline to File a Proof of Claim
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit): **1/14/15**     For a governmental unit: **180 days after relief entered.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone number: (702) 527–7000 | **For the Court:**<br>Clerk of Court:<br>*Mary A Schott*<br>Mary A. Schott |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 9/4/14 |

**EXPLANATIONS**  B9D (Official Form 9D) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A PROOF OF CLAIM MAY BE FILED ELECTRONICALLY AT THE BANKRUPTCY COURT'S WEBSITE (http://www.nvb.uscourts.gov) or a Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices