**DOTAN Y. MELECH**
Federal Bankruptcy Trustee
9030 W. Sahara Suite 467
Las Vegas, NV 89117
(702) 586-7413 Fax (871) 225-7173
dym@unitedtrustee.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Chapter 7<br>Case No. 13-18735-MKN |
| SIX STAR CLEANING AND<br>CARPET SERVICES, INC<br><br>Debtor(s) | **MOTION TO DISMISS PURSUANT TO BANKRUPTCY CODE § 707(A)**<br><br>Date:  February 19, 2015<br>Time:  11:00 a.m.<br>Place:  Foley Federal Bldg., 3rd Floor |

DOTAN Y. MELECH, the duly appointed, qualified Federal Bankruptcy Trustee herein, files this Motion to Dismiss Bankruptcy Case pursuant to 11 U.S.C. § 707(a).

### STATEMENT OF FACTS:

1.  The Debtor filed for bankruptcy relief under Chapter 11 on October 14, 2013 as Docket No. 1 and Randal R. Leonard is listed as Debtor's Counsel on the Voluntary Petition filed.

2.  A Motion to Withdraw of Attorney of Record was filed by Randal R. Leonard on May 8, 2014 as Docket No. 62 and an Order Granting Motion to Withdraw as Attorney of Record was filed on August 13, 2014 as Docket No. 104.

3.  An Application to Employ Dan M. Winder, Esq. as Special Counsel was filed on February 21, 2014 as Docket No. 45 and the Order Granting Application to Employ was entered on May 21, 2014 as Docket No. 69.

-1-

4.  The Order Granting Motion to Covert Case from Chapter 11 to Chapter 7 was entered on September 4, 2014 as Docket No. 118 and Trustee Dotan Y. Melech was appointed.

5.  At the time of conversion, the Debtor was not represented by an attorney.

6.  The initial Chapter 7 341(a) Meeting of Creditors was set for October 16, 2014 as Docket No. 120 and subsequently continued to November 17, 2014, December 1, 2014, December 15, 2014, and January 12, 2015.

7.  The Debtor Representative, Rosemary Phillips, has appeared at the 341(a) Meeting of Creditors, indicated that the entity was not represented by counsel, and that she was attempting to find new counsel for the entity.

8.  The Trustee granted the continued 341(a) Meeting of Creditors in the hopes that the Debtor Representative, Rosemary Phillips, would be able to obtain counsel for the Debtor.

9.  To the Trustee's knowledge, no new counsel has been hired to represent the Debtor for this proceeding.

10. Pursuant to 11 U.S.C. § 707(a), the bankruptcy court may dismiss a case for cause. Cause exists to dismiss the Debtor's bankruptcy case because:

   a.  Debtors's bankruptcy petition was improperly filed *pro se* on September 4, 2014. The Nevada courts require corporations to be represented by counsel. See Eighth Judicial District Court Rule 7.42(b); *see also* In re Discipline of Schaefer, 117 Nev. 496, 508-09, 25 P.3d 191, 200 (2001); Sunde v. Contel of Cal., 112 Nev. 541, 542-43, 915 P.2d 298, 299 (1996); Salman v. Newell, 110 Nev. 1333, 1335, 885 P.2d 607, 608 (1994).

-3-

WHEREFORE, The Chapter 7 Trustee requests the Court to formally dismiss the case.

/s/ Dotan Y. Melech
DOTAN Y. MELECH,
FEDERAL BANKRUPTCY TRUSTEE

**DECLARATION OF TRUSTEE**

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

/s/ Dotan Y. Melech
DOTAN Y. MELECH,
FEDERAL BANKRUPTCY TRUSTEE