_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 16, 2019

_____

LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S 13-18735-MKN |
| | ) |
| SIX STAR CLEANING AND CARPET SERVICES, INC., | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| | ) ORDER GRANTING APPLICATION FOR ADMINISTRATIVE EXPENSE FOR ARBITRATOR, NUNC PRO TUNC |
| Debtor. | ) |
| | ) Date:  April 4, 2019 |
| | ) Time:  11:00 a.m. |
| | ) Place: Foley Bldg., Third Floor |
| | ) |

The Trustee's Application for Administrative Expense for Arbitrator, Nunc Pro Tunc, came on regularly for hearing on April 4, 2019, at the hour of 11:00 a.m., before a United States Bankruptcy Judge. LENARD E. SCHWARTZER, Trustee, appeared personally, and other appearances are as noted on the record. The Court finding that notice was given to the Debtor, Debtor's attorney, creditors, and interested parties, objections having been filed but no appearance being made by the objecting parties, and good cause appearing therefor,

/ / / / /

/ / / / /

1

IT IS HEREBY ORDERED that the Trustee is authorized to pay U.S. District Court appointed arbitrator DENNIS KIST $7,500.00, nunc pro tunc, as an administrative expense..

Submitted by:

_____
LENARD E. SCHWARTZER
Trustee

### ALTERNATIVE METHOD re RULE 9021:

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The Court waived the requirement set forth in LR9021(b)(1).

_____ No parties appeared at the hearing or filed an objection to the motion.

__X___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

KRISTINA L. HILLMAN, ESQ.           APPROVED/DISAPPROVED/~~NO RESPONSE~~
MICHAEL A. URBAN, ESQ.              APPROVED/DISAPPROVED/~~NO RESPONSE~~
NATHAN R. RING, ESQ.                APPROVED/DISAPPROVED/~~NO RESPONSE~~

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_____
LENARD E. SCHWARTZER
Trustee

###

2