**EXHIBIT "1"**

**PROPOSED ORDER**

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
Email: kortiz@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SIX STAR CLEANING AND CARPET SERVICES, Inc.,<br><br>Debtor. | Case No. BK-S-13-18735-MKN<br>Chapter 7<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EMPLOY FLANGAS LAW FIRM, LTD. AS SPECIAL LITIGATION COUNSEL FOR LENARD E. SCHWARTZER, CHAPTER 7 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br><br>Judge: Honorable Mike K. Nakagawa |

The Court has reviewed the *Ex Parte Application to Employ Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§*

-1-

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

*327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. ___][1] (the "Application") filed by Jacob L. Houmand, Esq. and Kyle J. Ortiz, Esq. of the Houmand Law Firm, Ltd., general bankruptcy counsel for Lenard Schwartzer, the Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"). The Application sought authority to employ the Flangas Law Firm, Ltd. (the "Firm") as special litigation counsel for the Trustee.

The Court reviewed the Application, the *Declaration of Leo Flangas, Esq. In Support of Ex Parte Application to Employ Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. ___], the *Declaration of Yvette Chevalier, Esq. In Support of Ex Parte Application to Employ Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. ___], the *Declaration of Lenard Schwartzer In Support of Ex Parte Application to Employ Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. ___], the *Certificate of Service of Ex Parte Application to Employ Law Office of Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. ___], the exhibits attached thereto, and all other pleadings and papers on file herein.

It appearing to the Court that the relief requested in the Application is necessary and in the best interests of the Bankruptcy Estate and its creditors, and upon consideration of the pleadings and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in its entirety; and

2. The Trustee appointed in the above-referenced bankruptcy case is hereby authorized pursuant to 11 U.S.C. §§ 327(e) and 328(a) and the Federal Rule of Bankruptcy

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

-2-

Procedure 2014 to employ the Firm as his special litigation counsel pursuant to the terms set forth in the Application; and

    3.    The terms of such employment shall be as described in the Application and in the supporting Verified Statements of Yvette Chevalier, Esq. and Leo Flangas, Esq.; and

    4.    Such terms of employment are approved as reasonable in accordance with 11 U.S.C. §§ 328 and 330; and

    5.    Any compensation and reimbursement of expenses are to be awarded by Court order and are to be paid as an administrative expense after notice and a hearing, in accordance with 11 U.S.C. §§ 330 and 503, or surcharged against secured property in accordance with 11 U.S.C. § 506(c), if appropriate.

**IT IS SO ORDERED**.

Submitted By:

**HOUMAND LAW FIRM, LTD.**

By: _____
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

**Approved As to Form and Content**

**OFFICE OF THE UNITED STATES TRUSTEE**

By: _____
Trial Attorney
United States Department of Justice
Office of the United States Trustee, Region 17
300 Booth Street, Suite 3009
Reno, Nevada 89509

*Counsel for Tracy Hope Davis, Region 17 United States Trustee*

###

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371