# EXHIBIT "1"

# FLANGAS LAW FIRM, LTD.

*Partners:*
Leo P. Flangas, Esq.

*General Inquiries:* leo@flangaslawfirm.com
*Phone:* (702) 384-1990
*Facsimile:* (702) 384-1009

## CONTINGENCY FEE AGREEMENT - NEVADA

THIS CONTINGENCY FEE AGREEMENT by and between the undersigned individual(s) SIX STAR CLEANING AND CARPET INC. ("*Client*") and FLANGAS LAW FIRM, LTD., (the *Firm*"). This Agreement alone shall govern the Firm's and Client's respective rights and responsibilities. Unless later amended in writing. It is specifically understood that the Firm's representation is limited to specific person(s) named and defined as the Client and that the Firm is not representing or expected to represent any person or entity not named herein as Client.

As the Client, I hereby retain the Firm to represent my interests and to prosecute claims on my behalf as the undersigned Client(s) on the following cases: FEDERAL CASE AGAINST BOARD OF TRUSTEE, LABOR 872 and also including the ARBITRATION with Dennis Kist.

**ATTORNEY'S FEES:** Client agrees to pay 40% of any settlement, judgment and/or any recovery on the estate, death benefits, and/or lawsuits as to the above attorneys' services to be rendered. Client acknowledges that the Firm's normal hourly rates for the Primary Attorney are currently $475.00 per hour and other attorneys who may work on this matter currently range from $375.00 to $425.00 per hour.

**COSTS.** Client responsible for costs, but if Attorney advances for costs and upon recovery, if any, costs to be reimbursed back to Attorney.

**SETTLEMENT.** Firm will not agree to any settlement without Client's consent.

**APPLICABLE LAW.** Jurisdiction shall be in the State of Nevada.

**IN THE EVENT OF A LOSS, IF THE OPPOSING PARTY IS AWARDED ATTORNEY'S FEES AND/OR COSTS, INCLUDING WITNESS FEES, CLIENT SHALL BE SOLELY RESPONSIBLE FOR THEIR PAYMENT.**

**EFFECT OF DISCHARGE BY CLIENT:** Client shall have the right to discharge the Firm at any time upon written notice to the Firm. From any subsequent recovery on the claim(s) covered by this Agreement, Client shall be responsible for all costs advanced by the Firm in the handling of Client's case. Additionally, the Firm shall be compensated either: 1) Attorney's fees of $475.00 per hour for all attorney time, $375.00 - $425.00 for all other attorneys and $175.00 per hour for all paralegal time; or 2) or a reasonable percentage of the recovery as determined by a court considering the amount of work done by the attorney that settled your case and the Firm, whichever is more.

**ATTORNEY'S LIEN:** To secure payment to the Firm of all sums due under this Agreement for legal services rendered and/or costs advanced, Client hereby grants the Firm a lien on Client's claim(s) and any cause of action for the lawsuit herein, and on any recovery Clients may obtain, whether by settlement, judgment, compromise or otherwise.

**AUTHORIZATION TO ACT:** Client hereby authorizes the Firm to take whatever actions the Firm deems reasonable and advisable in this matter, including the hiring of investigators, experts and other services on Client's behalf. Client agrees that expenses like these are part of the case costs that Client subject to the Firm reimbursement.

1. **DUTIES AND RESPONSIBILITIES OF CLIENT:** Client agrees to the following:
   a. Always disclose the complete and accurate facts of the matter.
   b. Provide the most complete information possible.
   c. Make this information available to the Firm as needed.
   d. Make no statement that is knowingly false or misleading.

**WITHDRAWAL BY THE FIRM:** Withdrawal by the Firm may be made at any time for any reason upon written notice to Client's last known address. Client understands that should the Firm withdraw representation for Client's failure to comply with any of the items enumerated in **Section 7** above, Client will be required to immediately pay the Firm all costs advanced and shall be responsible out of any recovery to pay the Firm either: 1) Attorney's fees of $475.00 per hour for all attorney time, $375.00 - $425.00 for other attorneys and $175.00 per hour for all paralegal time; or 2) 40% of the latest offer of settlement, whichever is more.

**NO GUARANTEE AS TO RESULT:** Client acknowledges that the Firm has made no warranties or guarantees as to the success, value, timing and outcome of this claim.

As noted in Nevada Supreme Court Rule 155.3(d)(3): *In the event of a loss, the Client may be liable for the opposing party's Attorney's fees and costs; and a suit brought solely to harass or to coerce a settlement may result in a malicious prosecution or abuse of process action against the wrongdoer.* **Client's Initials:** _____

**SERVICES NOT COVERED BY THIS AGREEMENT:** If additional legal services are necessary in connection with Client's claim(s), and Client requests the Firm to perform such services, additional fee arrangements must be made by the Firm and Client. For example, such additional services may be required in the event of an **appeal, retrial, trial de novo (i.e., new trial), or in judgment enforcement proceedings**. Absent further agreement, the Firm will be under no obligation to pursue any of these actions.

**APPROVAL NECESSARY FOR SETTLEMENT:** No settlement of any nature shall be made without Client's approval, and Client agrees to make no settlement or offer of settlement without first settling with the Firm.

Client does, however, hereby agree to accept an offer of the entirety of insurance policy limits available for Client's claim(s) and the Firm, therefore, has the right to accept an offer of policy limits from any entity or party.

**DISTRIBUTION OF FUNDS:** Distribution of funds shall be made after monies are received, negotiable instruments (e.g., checks) are deposited and cleared, and lienholders are satisfied. Client shall be responsible for any debts or liens owed and related to the claim that the Firm is unaware of. Client shall be provided with a written, itemized disbursement of all monies received and paid on behalf of Client's claim.

~~**POWER OF ATTORNEY:** The Firm is hereby granted full power of attorney so that they may have full authority to prepare, sign and file all legal instruments, pleadings, drafts, releases, checks, authorizations, and papers as shall be reasonably necessary to handle and to conclude this representation including settlement and/or reducing to possession all monies or other things of value due Client under his/her claim(s). The Firm is also authorized and empowered to act as Client's negotiator in any and all settlement negotiations concerning the subject of this agreement. Firm can deposit any settlement check in Firm's trust account.~~ [initialed]

**COOPERATION OF CLIENT:** The cooperation of Client is essential and Client shall promptly provide the Firm with all requested information, notice of a change of Client's address, and shall pay medical expenses as incurred unless other arrangements are made. Client agrees to be truthful at all times with the Firm, to provide whatever information is necessary (in the Firm's estimation) in a timely and competent manner, and to provide immediate information as to any change in Client's status which may have an impact on the prosecution of this claim such as divorce, death of a spouse or interested party, etc.

**CLIENT'S RECEIPT OF AGREEMENT AND ACKNOWLEDGMENT OF TERMS:** Client acknowledges that he/she has read and fully understands all of the terms and conditions of this Agreement and upon execution thereof. If Client wishes to do so, Client may seek outside review of this contract by another lawyer.

**DATED** this ___ day of _____, 2019.

**CLIENT:**

Print Name: _____

Signature: _____

FLANGAS LAW FIRM, LTD.

By: _____ [signature]