Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
Email: kortiz@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: July 11, 2019*

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SIX STAR CLEANING AND CARPET SERVICES, Inc.,<br><br>Debtor. | Case No. BK-S-13-18735-MKN<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE OF EX PARTE APPLICATION TO EMPLOY FLANGAS LAW FIRM, LTD. AS SPECIAL LITIGATION COUNSEL FOR LENARD E. SCHWARTZER, CHAPTER 7 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br><br>Judge: Honorable Mike K. Nakagawa[1] |

1. On July 11, 2019, I served the following document(s):

   a. **Ex Parte Application to Employ Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 284]**

   b. **Declaration of Leo Flangas, Esq. In Support of Ex Parte Application to Employ Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 285]**

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

  c. **Declaration of Yvette Chevalier, Esq. In Support of Ex Parte Application to Employ Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 286]**

  d. **Declaration of Lenard E. Schwartzer In Support of Ex Parte Application to Employ Law Office of Flangas Law Firm, Ltd. As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 287]**

 2. I served the above-named document(s) by the following means to the persons as listed below:

  a. **ECF System:**

KRISTINA L HILLMAN on behalf of Interested Party LABORERS INTERNATIONAL UNION OF NORTH AMERICA
bankruptcycourtnotices@unioncounsel.net, erich@unioncounsel.net

JACOB L. HOUMAND on behalf of Attorney NELSON & HOUMAND, P.C.
jhoumand@houmandlaw.com, kortiz@houmandlaw.com;2082209420@filings.docketbird.com

JACOB L. HOUMAND on behalf of Special Counsel WIMBERLY, LAWSON & AVAKIAN
jhoumand@houmandlaw.com, kortiz@houmandlaw.com;2082209420@filings.docketbird.com

JACOB L. HOUMAND on behalf of Trustee DOTAN Y MELECH
jhoumand@houmandlaw.com, kortiz@houmandlaw.com;2082209420@filings.docketbird.com

JACOB L. HOUMAND on behalf of Trustee LENARD E. SCHWARTZER
jhoumand@houmandlaw.com, kortiz@houmandlaw.com;2082209420@filings.docketbird.com

ZACHARIAH LARSON on behalf of Interested Party B&R BUILDERS, INC.
carita@lzklegal.com,
mzirzow@lzklegal.com;carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com

BRYCE C. LOVELAND on behalf of Creditor BOARDS OF TRUSTEES OF THE LABORERS JOINT TRUST FUNDS
bcloveland@bhfs.com, edavis@bhfs.com;chumes@bhfs.com

VICTORIA L NELSON on behalf of Attorney NELSON & HOUMAND, P.C.
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

VICTORIA L NELSON on behalf of Trustee DOTAN Y MELECH
vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;kortiz@nelsonhoumand.com

KYLE J. ORTIZ on behalf of Trustee LENARD E. SCHWARTZER
kortiz@houmandlaw.com, jhoumand@houmandlaw.com;2082209420@filings.docketbird.com

LENARD E. SCHWARTZER
trustee@s-mlaw.com, lbenson@s-mlaw.com;nv17@ecfcbis.com;les@trustesolutions.net

MICHAEL A URBAN on behalf of Creditor BOARDS OF TRUSTEES OF THE LABORERS JOINT TRUST FUNDS
urban@luch.com, efiling@theurbanlawfirm.com;smcdonald@theurbanlawfirm.com;nring@theurbanlawfirm.com;vhernquist@theurbanlawfirm.com;kopenbrier@theurbanlawfirm.com;adenni@theurbanlawfirm.com

MICHAEL A URBAN on behalf of Interested Party LABORERS JOINT TRUST FUNDS
urban@luch.com, efiling@theurbanlawfirm.com;smcdonald@theurbanlawfirm.com;nring@theurbanlawfirm.com;vhernquist@theurbanlawfirm.com;kopenbrier@theurbanlawfirm.com;adenni@theurbanlawfirm.com

DAN M. WINDER on behalf of Debtor SIX STAR CLEANING AND CARPET SERVICES, INC.
winderdandocket@aol.com, hamilton.moore@attorneydanwinder.com

MATTHEW C. ZIRZOW on behalf of Interested Party B&R BUILDERS, INC.
mzirzow@lzklegal.com, carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Dated this 11th day of July, 2019.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Kyle J. Ortiz, Esq. (NV Bar No. 14252)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*