LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re | ) | Case No. BK-S 13-18735-MKN |
| | ) | |
| SIX STAR CLEANING AND CARPET | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| SERVICES, INC. | ) | |
| | ) | TRUSTEE'S STATUS REPORT |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

Trustee, LENARD E. SCHWARTZER, hereby provides the following update regarding the above-entitled case:

1. This Case was commenced by the filing of a Chapter 11 bankruptcy petition on October 14, 2013, which was converted to Chapter 7 on September 4, 2014

2. On August 23, 2016, the undersigned was appointed successor Trustee of the above-captioned estate.

3. An asset of the estate is Debtor's award in an arbitration proceeding, by default, against the Laborers International Union of North America Local No. 872, Laborers International Union of North America Local No. 702, and Tommy White (collectively, the "Union"). The Union failed to participate in the grievance hearing, which resulted in an award by the Board of Adjustment against the Union in the amount of $1,134,149.76, including interest.

4. Special litigation counsel was employed on October 24, 2016 [Doc 236], and is seeking to

have the award made into a US District Court judgment. The litigation is captioned *Six Star Cleaning and Carpet Services, Inc. et al. v. Laborers International Union of North America Local No. 872 et al.* (Case No. 2:11-cv-00524-LDG-CWH) and is pending in the United States District Court for the District of Nevada.

5. Successor Trustee filed a Motion for Partial Summary Judgment on September 16, 2016.

6. The Union filed its opposition to the Motion for Partial Summary Judgment on October 14, 2016, and Successor Trustee filed his reply on October 28, 2016.

7. On September 21, 2017, the District Court issued an order denying the Motion for Partial Summary Judgment and remanding it to arbitration

8. Arbitrator dismissed the Debtor's claim against Laborer's Union.

9. Motion to Vacate Arbitration Award filed in District Court on September 13, 2020. Motion is based on arbitrator's undisclosed conflict of interest.

10. Michael E. Avakian, Esq. withdrew from the US District Court case on August 24, 2018. Yvette Chevalier, Esq. was employed in his place per order entered  October 15, 2018 [Doc 268].

11. Motion to Reinstate Wimberly, Lawson & Avakian as counsel of record filed with District Court on March 15, 2021

12. The Trustee recommends keeping this case open pending the outcome of the investigation of the arbitrator.

DATED: March 23, 2021

_____
LENARD E. SCHWARTZER
Trustee