Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Lenard Schwartzer, Chapter 7 Trustee*

*Electronically Filed On: May 7, 2021*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SIX STAR CLEANING AND CARPET SERVICES, Inc.,<br><br>Debtor. | Case No. BK-S-13-18735-MKN<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE OF APPLICATION TO EMPLOY PRAEMIA LAW, PLLC AS SPECIAL LITIGATION COUNSEL FOR LENARD SCHWARTZER, CHAPTER 7 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**<br><br>Date of Hearing:   June 9, 2021<br>Time of Hearing:   11:00 a.m.<br>Place: Courtroom No. 2, Third Floor<br>         Foley Federal Building<br>         300 Las Vegas Blvd., S.<br>         Las Vegas, NV 89101<br><br>Judge:  Honorable Mike K. Nakagawa[1] |

1. On May 6, 2021, I served the following document(s):

    a. **Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 313]**

    b. **Declaration of Michael E. Avakian, Esq. In Support of Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard**

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

-1-

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

                **Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 314]**

      c.      **Declaration of Lenard Schwartzer In Support of Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 315]**

      d.      **Notice of Hearing On Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 316]**

2.    I served the above-named document(s) by the following means to the persons as listed below:

      a.      **ECF System:**

JACOB L. HOUMAND on behalf of Attorney NELSON & HOUMAND, P.C.
jhoumand@houmandlaw.com, bsims@houmandlaw.com;2082209420@filings.docketbird.com

JACOB L. HOUMAND on behalf of Special Counsel WIMBERLY, LAWSON & AVAKIAN
jhoumand@houmandlaw.com, bsims@houmandlaw.com;2082209420@filings.docketbird.com

JACOB L. HOUMAND on behalf of Trustee DOTAN Y MELECH
jhoumand@houmandlaw.com, bsims@houmandlaw.com;2082209420@filings.docketbird.com

JACOB L. HOUMAND on behalf of Trustee LENARD E. SCHWARTZER
jhoumand@houmandlaw.com, bsims@houmandlaw.com;2082209420@filings.docketbird.com

CHRISTOPHER M. HUMES on behalf of Creditor BOARDS OF TRUSTEES OF THE LABORERS JOINT TRUST FUNDS
chumes@bhfs.com, edavis@bhfs.com

ZACHARIAH LARSON on behalf of Interested Party B&R BUILDERS, INC.
zlarson@lzlawnv.com, mzirzow@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;allison@lzlawnv.com;larson.zachariahr99681@notify.bestcase.com

BRYCE C. LOVELAND on behalf of Creditor BOARDS OF TRUSTEES OF THE LABORERS JOINT TRUST FUNDS
bcloveland@bhfs.com, edavis@bhfs.com;chumes@bhfs.com

VICTORIA L NELSON on behalf of Attorney NELSON & HOUMAND, P.C.
vnelson@nelsonhoumand.com

VICTORIA L NELSON on behalf of Trustee DOTAN Y MELECH
vnelson@nelsonhoumand.com

1  KYLE J. ORTIZ on behalf of Trustee LENARD E. SCHWARTZER
   kjortiz@gmail.com

2

3  LENARD E. SCHWARTZER
   trustee@s-mlaw.com, lbenson@s-mlaw.com;jelliott@s-
4  mlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net

5  MICHAEL A URBAN on behalf of Creditor BOARDS OF TRUSTEES OF THE LABORERS
   JOINT TRUST FUNDS
6  urban@luch.com, efiling@theurbanlawfirm.com;smcdonald@theurbanlawfirm.com;nring@theur
   banlawfirm.com;vhernquist@theurbanlawfirm.com;kopenbrier@theurbanlawfirm.com;adenni@t
7  heurbanlawfirm.com

8
   MICHAEL A URBAN on behalf of Interested Party LABORERS JOINT TRUST FUNDS
9  urban@luch.com, efiling@theurbanlawfirm.com;smcdonald@theurbanlawfirm.com;nring@theur
   banlawfirm.com;vhernquist@theurbanlawfirm.com;kopenbrier@theurbanlawfirm.com;adenni@t
10 heurbanlawfirm.com

11 DAN M. WINDER on behalf of Debtor SIX STAR CLEANING AND CARPET SERVICES,
   INC.
12 winderdandocket@aol.com, hamilton.moore@attorneydanwinder.com

13
   MATTHEW C. ZIRZOW on behalf of Interested Party B&R BUILDERS, INC.
14 mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;allison@lzlawnv.com;zirzow.
   matthewc.r99681@notify.bestcase.com
15

16      3.      On May 7, 2021, I served the following document(s):

17          a.  **Notice of Hearing On Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014 [ECF No. 316]**
18

19

20      4.      I served the above-named document(s) by the following means to the persons as
21 listed below:

22          a.  **United States Mail:**

23              i.  *See* Certificate of Service Executed By BK Attorney Services, LLC d/b/a certificateofservice.com, attached hereto as Exhibit "1".

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

-3-

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 7th day of May, 2021.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Lenard Schwartzer, Chapter 7 Trustee*

-4-