# EXHIBIT "1"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | CASE NO: 13-18735 |
|---|---|
| SIX STAR CLEANING & CARPET SERVICE | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 316 |

On 5/7/2021, I did cause a copy of the following documents, described below,

Notice of Hearing On Application to Employ Special Litigation Counsel ECF Docket Reference No. 316

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/7/2021

/s/ Jacob L. Houmand, Esq.
Jacob L. Houmand, Esq.  12781

Houmand Law Firm, Ltd.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV  89148
702 720 3370

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | CASE NO: 13-18735 |
|---|---|
| SIX STAR CLEANING & CARPET SERVICE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 316 |

On 5/7/2021, a copy of the following documents, described below,

Notice of Hearing On Application to Employ Special Litigation Counsel ECF Docket Reference No. 316

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/7/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jacob L. Houmand, Esq.
Houmand Law Firm, Ltd.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV  89148

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                                                                    CM/ECF E-SERVICE
 LABEL MATRIX FOR LOCAL NOTICING     BR BUILDERS INC                         (+) BOARDS OF TRUSTEES OF THE LABORERS
09782                                DBA BRESLIN BUILDERS                    JOINT TRU
CASE 13-18735-MKN                    CO LARSON  ZIRZOW                       BROWNSTEIN HYATT FARBER SCHRECK LLP
DISTRICT OF NEVADA                   810 S CASINO CENTER BLVD 101            100 NO CITY PKWY STE 1600
LAS VEGAS                            LAS VEGAS NV 89101-6719                 LAS VEGAS NV 89106-4614
FRI MAY 7 07-10-18 PDT 2021

                                     CM/ECF E-SERVICE                        DEBTOR
LABORERS INTERNATIONAL UNION OF NORTH (+) LABORERS JOINT TRUST FUNDS         SIX STAR CLEANING AND CARPET SERVICES
AMERIC                               CO MICHAEL A URBAN                      INC
CO KIRSITNA HILLMAN                  NATHAN R RING                           7345 SOUTH DURANGO SUITE 107151
1594 MONO AVE                        THE URBAN LAW FIRM                      LAS VEGAS NV 89113-3653
MINDEN NV 89423-4017                 4270 S DECATUR BLVD SUITE A-9
                                     LAS VEGAS NV 89103-6801

TRUSTEES OF THE CONSTRUCTION INDUSTRY US TRUSTEE                             WIMBERLY LAWSON  AVAKIAN
CO CHRISTOPHER M HUMES ESQ           300 LAS VEGAS BLVD SO STE 4300          1200 G STREET NW
BROWNSTEIN HYATT FARBER SCHRECK LLP  LAS VEGAS NV 89101-5803                 SUITE 800
100 NORTH CITY PARKWAY SUITE 1600                                            WASHINGTON DC 20005-6705
LAS VEGAS NV 89106-4614


EXCLUDE
UNITED STATES BANKRUPTCY COURT       ABINGDON BUSINESS CAPITAL               ALLIED COLLECTION SERVICES
300 LAS VEGAS BLVD SOUTH             900 EAST HAMILTON AVE SUITE 100         ACCT NO 24678681
LAS VEGAS NV 89101-5833              CAMPBELL CA 95008-0668                  3080 S DURANGO DR SUITE 208
                                                                             LAS VEGAS NV 89117-9194


BOARD OF TRUSTEES OF THE CONTRUCTION CENTURY LINK                            CLARK COUNTY ASSESSORS OFFICE
IND                                  ACCT NO 309584889                      ATTN BANKRUPTCY CLERK
CO RYAN C CURTIS                     PO BOX 2961                             500 S GRAND CENTRAL PKWY
ONE EAST WASHINGTON STREET SUITE 2400 PHOENIX AZ 85062-2961                  LAS VEGAS NV 89155-4502
PHOENIX AZ 85004-2579


COX COMMUNICATIONS                   DEPT EMPLOYMENT TRAINING  REHAB         DEPT OF EMPLOYMENT TRAINING  REHAB
ACCT NO 0018610088739103             EMPLOYMENT SECURITY DIVISION            ACCT NO 260055
PO BOX 53262                         500 EAST THIRD ST                       EMPLOYMENT SECURITY DIVISION
PHOENIX AZ 85072-3262                CARSON CITY NV 89701-4772               500 EAST THIRD ST
                                                                             LAS VEGAS NV 89173


DEPT OF TAXATION                     EAGLE GRAPHIC SYSTEMS INC DBA SIGNS NOW FINANCIAL CORPORATION
ACCT NO 9125                         6290 S PECOS RD SUITE 600               ACCT NO 19975051
2550 PASEO VERDE PKWY 180            LAS VEGAS NV 89120-6202                 PO BOX 20350
HENDERSON NV 89074-7129                                                      AUSTIN TX 78720


                                                                             CM/ECF E-SERVICE
HE EQUIPMENT                         IRS                                     (+) LABORERS JOINT TRUST FUNDS
ACCT NO 1027612                      ACCT NO 2792                            ACCT NO 11685
11100 MEAD ROAD 200                  PO BOX 1485566                          100 CITY PARKWAY 100
BATON ROUGE LA 70816-2260            CINCINNATI OH 45250                     LAS VEGAS NV 89106-4610


MONEYTREE                            NCO FINANCIAL SYSTEMS                   NVENERGY
ACCT NO SF000337                     ACCT NO 9103                            CO CREDIT BUREAU CENTRAL
PO BOX 58363                         507 PRUDENTIAL ROAD                     PO BOX 29299
SEATTLE WA 98138-1363                HORSHAM PA 19044-2308                   LAS VEGAS NV 89126-3299
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NEVADA DEPARTMENT OF TAXATION        NEVADA ENERGY                        OFFICE OF THE UNITED STATES TRUSTEE
BANKRUPTCY SECTION                   ACCT NO 3000272011519154285          300 LAS VEGAS BLVD 4300
555 E WASHINGTON 1300                PO BOX 30086                         LAS VEGAS NV 89101-5803
LAS VEGAS NV 89101-1046              RENO NV 89520-3086


PERINI BUILDING COMPANY              RAPID CASH                           SIGNS NOW
ACCT NO MCCARRANT3                   ACCT NO 0050P001631086               ACCT NO SIXSTAR
5871 SPENCER STREET                  3611 NORTH RIDGE ROAD                6290 S PECOS RD 600
LAS VEGAS NV 89119-2936              WICHITA KS 67205-1214                LAS VEGAS NV 89120-6202


SOUTHWEST LINEN COMPANY              CITIBANK                             SUNBELT RENTALS
ACCT NO 8315                         PO BOX 790034                        ACCT NO 528139
6335 SUNSET CORPORATE DR             ST LOUIS MO 63179-0034               PO BOX 409211
LAS VEGAS NV 89120-2796                                                   ATLANTA GA 30384-9211


SUNDANCE PLAZA LLC                   SUNSET BUSINESS PARK LLC             TOWER GROUP COMPANIES
ACCT NO 3530301                      ACCT NO A13678669                    ACCT NO WCN0001529
6725 VIA AUSTI PARKWAY 380           625 S EIGHTH ST                      PO BOX 2474
LAS VEGAS NV 89119-3553              LAS VEGAS NV 89101-7004              EAGLE ID 83616-9118


US BANK                              US BANK NATIONAL ASSOC               UNITED TEMPS
PO BOX 5229                          ACCT NO 0249                         ACCT NO SIXSTAR
CINCINNATI OH 45201-5229             PO BOX 5227                          1550 SOUTH INDIANA 300
                                     CINCINNATI OH 45202                  CHICAGO IL 60605-4831


DAN M WINDER                         KENNETH A SELTZER                    LENARD E SCHWARTZER
3507 W CHARLESTON BLVD               KENNETH A SELTZER CPA                2850 S JONES BLVD 1
LAS VEGAS NV 89102-1839              17 CANDLEWYCK DR                     LAS VEGAS NV 89146-5640
                                     HENDERSON NV 89052-6654


ROSEMARY PHILLIPS                    YVETTE CHEVALIER
10031 PARNASSIA CT                   LAW OFFICES OF YVETTE CHEVALIER PLLC
LAS VEGAS NV 89178-8289              6750 BOULDER HIGHWAY
                                     LAS VEGAS NV 89122-7467
```

ADDRESSES WHERE AN EMAIL IS PRESENT WILL BE SERVED VIA CM/ECF NOTICES UP THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Special Counsel)
WIMBERLY, LAWSON & AVAKIAN
1200 G. STREET, N.W.
SUITE 800
WASHINGTON, DC 20005
represented by:
JACOB L. HOUMAND
HOUMAND LAW FIRM, LTD.
9205 W. RUSSELL RD, BLDG 3, STE 240
LAS VEGAS, NV 89148

jhoumand@houmandlaw.com

(U.S. Trustee)
U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101
represented by:
JONAS V. ANDERSON
300 LAS VEGAS BLVD., SO #4300
LAS VEGAS, NV 89101

jonas.v.anderson@usdoj.gov

(U.S. Trustee)
U.S. TRUSTEE
300 LAS VEGAS BLVD., SO., STE 4300
LAS VEGAS, NV 89101

(Creditor)
TRUSTEES OF THE CONSTRUCTION INDUSTRY
C/O CHRISTOPHER M. HUMES, ESQ.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106-4614

RANDAL R LEONARD
LAW OFFICE OF RANDAL R LEONARD, ESQ
500 S. EIGHTH ST.
LAS VEGAS, NV 89101

rleonard999@yahoo.com

(Debtor)
SIX STAR CLEANING AND CARPET SERVICES, INC.
LAS VEGAS, NV 89113
Tax ID / EIN: 51-0592452
represented by:
DAN M. WINDER
3507 W. CHARLESTON BLVD.
LAS VEGAS, NV 89102

winderdandocket@aol.com

(Accountant)
KENNETH A. SELTZER
KENNETH A. SELTZER, CPA
17 CANDLEWYCK DR
HENDERSON, NV 89052

KYLE J. ORTIZ
5362 CASEY DRIVE
INDIAN RIVER, MI 49749

kjortiz@gmail.com

(Trustee)
LENARD E. SCHWARTZER
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146
represented by:
JACOB L. HOUMAND
HOUMAND LAW FIRM, LTD.
9205 W. RUSSELL RD, BLDG 3, STE 240
LAS VEGAS, NV 89148

jhoumand@houmandlaw.com

(Interested Party)
ROSEMARY PHILLIPS
10031 PARNASSIA CT
LAS VEGAS, NV 89178

VICTORIA L NELSON
NELSON & HOUMAND, P.C.
1180 NO TOWN CTR DR, STE 100
LAS VEGAS, NV 89144

vnelson@nelsonhoumand.com

NELSON & HOUMAND, P.C.
(Attorney)
represented by:
JACOB L. HOUMAND
HOUMAND LAW FIRM, LTD.
9205 W. RUSSELL RD, BLDG 3, STE 240
LAS VEGAS, NV 89148

jhoumand@houmandlaw.com

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA ECM/ECF THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| | | |
|---|---|---|
| BRIAN D. SHAPIRO<br>LAW OFFICE OF BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS, NV 89101<br><br>brian@brianshapirolaw.com | VICTORIA L NELSON<br>NELSON & HOUMAND, P.C.<br>1180 NO TOWN CTR DR, STE 100<br>LAS VEGAS, NV 89144<br><br>vnelson@nelsonhoumand.com | (Trustee)<br>DOTAN Y MELECH<br>9030 WEST SAHARA AVE., STE 467<br>LAS VEGAS, NV 89117<br>represented by:<br>JACOB L. HOUMAND<br>HOUMAND LAW FIRM, LTD.<br>9205 W. RUSSELL RD, BLDG 3, STE 240<br>LAS VEGAS, NV 89148<br><br>jhoumand@houmandlaw.com |
| MICHAEL A URBAN<br>4270 SOUTH DECATUR BLVD SUITE A-9<br>LAS VEGAS, NV 89103<br><br>urban@luch.com | (Interested Party)<br>LABORERS JOINT TRUST FUNDS<br>C/O MICHAEL A. URBAN<br>NATHAN R. RING<br>THE URBAN LAW FIRM<br>4270 S. DECATUR BLVD., SUITE A-9<br>LAS VEGAS, NV 89103<br>represented by:<br>NATHAN R RING<br>THE URBAN LAW FIRM<br>4270 S. DECATUR BLVD<br>SUITE A-9<br>LAS VEGAS, NV 89103 | (Interested Party)<br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA<br>C/O KIRSITNA HILLMAN<br>1594 MONO AVE<br>MINDEN, NV 89423<br>represented by:<br>KRISTINA L HILLMAN<br>WEINBER ROGER & ROSENFELD<br>1375 55TH ST<br>EMERYVILLE, CA 94608 |
| (Special Counsel)<br>YVETTE CHEVALIER<br>LAW OFFICES OF YVETTE CHEVALIER, PLLC<br>6750 BOULDER HIGHWAY<br>LAS VEGAS, NV 89122 | MICHAEL A URBAN<br>4270 SOUTH DECATUR BLVD SUITE A-9<br>LAS VEGAS, NV 89103<br><br>urban@luch.com | BRYCE C. LOVELAND<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 NO CITY PKWY, STE 1600<br>LAS VEGAS, NV 89106<br><br>bcloveland@bhfs.com |
| (Creditor)<br>BOARDS OF TRUSTEES OF THE LABORERS JOINT TRUST FUNDS<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 NO CITY PKWY, STE 1600<br>LAS VEGAS, NV 89106<br>represented by:<br>CHRISTOPHER M. HUMES<br>BROWNSTEIN HYATT FARBER SCHRECK<br>100 NO CITY PKWY, STE 1600<br>LAS VEGAS, NV 89106<br><br>chumes@bhfs.com | MATTHEW C. ZIRZOW<br>LARSON & ZIRZOW, LLC<br>850 E. BONNEVILLE AVE.<br>LAS VEGAS, NV 89101<br><br>mzirzow@lzlawnv.com | (Interested Party)<br>B&R BUILDERS, INC.<br>DBA BRESLIN BUILDERS<br>C/O LARSON & ZIRZOW<br>810 S. CASINO CENTER BLVD. #101<br>LAS VEGAS, NV 89101<br>represented by:<br>ZACHARIAH LARSON<br>LARSON & ZIRZOW, LLC<br>850 E. BONNEVILLE AVE.<br>LAS VEGAS, NV 89101<br><br>zlarson@lzlawnv.com |