_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 11, 2021

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-13-18735-MKN |
| | CHAPTER 7 |
| SIX STAR CLEANING AND CARPET SERVICES, INC., | |
| Debtor. | **ORDER GRANTING SUBSTITUTION OF COUNSEL** |

      The Court hereby grants the Substitution of Counsel submitted by Michael A. Urban, Esq., and Nathan R. Ring, Esq. of The Urban Law Firm on October 15, 2019. The Court grants the withdrawal of Michael A. Urban, Esq., and Nathan R. Ring, Esq. of The Urban Law Firm, and substitution and appearance of Brownstein Hyatt Farber Schreck, LLP as counsel of record for the Laborers Joint Trust Funds.

**IT IS SO ORDERED**.

Submitted By:
**THE URBAN LAW FIRM**

*/s/ Nathan R. Ring*
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                nring@theurbanlawfirm.com
***Counsel for Laborers Joint Trust Funds***