

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 11, 2021

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SIX STAR CLEANING AND CARPET SERVICES, Inc.,<br><br>       Debtor. | Case No.  BK-S-13-18735-MKN<br>Chapter 7<br><br>**ORDER GRANTING APPLICATION TO EMPLOY PRAEMIA LAW, PLLC AS SPECIAL LITIGATION COUNSEL FOR LENARD SCHWARTZER, CHAPTER 7 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**<br><br>Date of Hearing:     June 9, 2021<br>Time of Hearing:    11:00 a.m.<br>Place: Courtroom No. 2, Third Floor<br>               Foley Federal Building<br>               300 Las Vegas Blvd., S.<br>               Las Vegas, NV 89101<br><br>Judge:  Honorable Mike K. Nakagawa |

       The Court has reviewed the *Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e)*

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

*and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 313][1] (the "<u>Application</u>") filed by Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd., general bankruptcy counsel for Lenard Schwartzer (the "<u>Trustee</u>"), the Chapter 7 Trustee in the above-captioned bankruptcy case. The Application sought authority to employ the law firm of Praemia Law, PLLC (the "<u>Firm</u>"), as special litigation counsel on a contingency fee basis for the Trustee.

Jacob L. Houmand, Esq. appeared on behalf of the Trustee.  All other appearances were noted on the record.

The Court reviewed the Application, the *Declaration of Michael E. Avakian, Esq. In Support of Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 314], the *Declaration of Lenard Schwartzer In Support of Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 315], the *Notice of Hearing On Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 316], the *Certificate of Service of Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 317], the *Response to Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee (ECF No. 313)* [ECF No. 319], the *Reply to Response to Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 320], the *Certificate of Service of Reply to Response to Application to Employ Praemia Law, PLLC As Special Litigation Counsel for Lenard Schwartzer, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§*

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

*327(e) and 328(a) and Federal Rule of Bankruptcy Procedure 2014* [ECF No. 321], the exhibits attached thereto, and all other pleadings and papers on file herein.

Based upon this review and the findings of fact and conclusions of law placed on the record at the hearing, and incorporated herein pursuant to Federal Rule of Civil Procedure 52, made applicable to this matter pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1.      The Application is GRANTED as set forth herein; and

2.      The Trustee appointed in the above-referenced bankruptcy case is hereby authorized pursuant to 11 U.S.C. §§ 327(e), 328(a) and Federal Rule of Bankruptcy Procedure 2014 to employ the Firm as his special litigation counsel pursuant to the terms set forth in the Application; and

3.      The terms of such employment shall be as described in the Application and in the supporting Verified Statement of Michael E. Avakian, Esq. and as modified herein; and

4.      Such terms of employment are approved as reasonable in accordance with 11 U.S.C. §§ 328 and 330; and

5.      Any compensation and reimbursement of expenses are to be awarded by Court order and are to be paid as an administrative expense after notice and a hearing, in accordance with 11 U.S.C. §§ 330 and 503, or surcharged against secured property in accordance with 11 U.S.C. § 506(c), if appropriate;

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

6.    The Construction Industry and Laborers Joint Trust Funds reserve its rights to oppose any request for compensation filed by the Firm, including the reasonableness of the contingency fee.

**IT IS SO ORDERED**.

Prepared and Submitted By:

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:        702/720-3370
Facsimile:        702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

-4-

## **LOCAL RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐     The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the Application.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**Approved**

By: */s/ Christopher M. Humes*
Adam P. Segal, Esq. (NV Bar No. 6120)
Christopher M. Humes, Esq. (NV Bar No. 12782)
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Counsel for Trustees of the Construction Industry and Laborers Joitn Trust Funds*

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the Application pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this 11th day of June, 2021.

HOUMAND LAW FIRM, LTD.

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

###

-5-

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371